DANIEL G. BOGDEN
United States Attorney
District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard, South
Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

COLIN C. SAMPSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Ph: (202) 514-6062
Fax: (202) 307-0054
E-mail: Colin.C.Sampson@usdoj.gov
         Western.TaxCivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM D. DAANE; and TERE T. DAANE, ) | Civil No. 2:09-CV-01388-RLH-GWF |
| Plaintiffs, ) | |
| v. ) | **STIPULATION FOR DISMISSAL** |
| UNITED STATES OF AMERICA, ) | |
| Defendant. ) | |

The United States, by and through its undersigned Counsel, and William D. Daane and Tere T. Daane ("Plaintiffs"), *in pro se*, hereby stipulate and agree as follows:

1. This action for a refund of $53,055.00 of federal income taxes allegedly overpaid for the 2001 and 2002 tax years should be dismissed with prejudice to refiling.

///

///

///

2. Each party has agreed to bear its own costs.

IT IS SO STIPULATED AND AGREED TO BY:

Dated: July 29, 2010.                          Dated: July 29, 2010.

DANIEL G. BOGDEN
United States Attorney

*[signature]*
COLIN C. SAMPSON                               *[signature]*
Trial Attorney, Tax Division                   WILLIAM D. DAANE
U.S. Department of Justice                     5840 Mohawk Street
Post Office Box 683                            Las Vegas, Nevada 89118-2810
Ben Franklin Station                           Phone: (702) 252-4614
Washington, D.C. 20044                         Email:
(202) 514-6062
(202) 307-0054 (fax)                           *Plaintiff*
Colin.C.Sampson@usdoj.gov
                                               and
*Attorneys for Defendant*
                                               *[signature]*
                                               TERE T. DAANE
                                               5840 Mohawk Street
                                               Las Vegas, Nevada 89118-2810
                                               Phone: (702) 252-4614
                                               Email:

                                               *Plaintiff*



**IT IS SO ORDERED.**

*[signature]*
ROGER L. HUNT
CHIEF UNITED STATES DISTRICT JUDGE

Dated: August 3, 2010

- 2 -